FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
06/04/19
JEFFREY P. COLWELL, CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.    19-po-07008-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALEXANDER KAGANAS,

    Defendant.

---

## INFORMATION

---

The United States Attorney charges that:

### COUNT 1

On or about February 3, 2019, in the State and District of Colorado, on an aircraft in the special aircraft jurisdiction of the United States, the defendant, ALEXANDER KAGANAS, did assault A.L.

All in violation of Title 49, United States Code, Section 46506(1) and Title 18, United States Code, Section 113(a)(5).

JASON R. DUNN
United States Attorney


By: *s/Kelly R. Winslow*
Kelly R. Winslow
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:
Kelly.Winslow@usdoj.gov
Attorney for Government

2