| | |
|---|---|
| DEFENDANT: | ALEXANDER KAGANAS |
| AGE: | 41 years old |
| COMPLAINT FILED? | _____ Yes     \_\_\_X\_\_\_ No <br> If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | \_\_ Yes    _X_  No <br> If No, a new warrant is required |
| OFFENSE(S): | Count 1:  Simple Assault on an Aircraft in the Special Aircraft Jurisdiction of the United States, 49 U.S.C. § 46506(1) & 18 U.S.C. § 113(a)(5). |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | Count 1:  NMT 6 months imprisonment, NMT $5,000 fine or both; $10 Special Assessment fee. |
| AGENT: | Martin H. Daniell III <br> Special Agent, FBI |
| AUTHORIZED BY: | Kelly R. Winslow <br> Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; \_\_\_ over five days

THE GOVERNMENT

\_\_ will seek detention in this case

_X_ will not seek detention in this case

The statutory presumption of detention is not applicable to this defendant.

1