**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-po-07008-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXANDER KAGANAS,

Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Alexander Kaganas

DATED at Denver, Colorado this 21st day of June, 2019.

    /s/
D. Jacob Kartchner
Kartchner & Associates
4 West Dry Creek Circle, Suite 100
Littleton, CO 80120
720-693-3147
jkartchner@jkartchnerlaw.com