IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-po-07008-NRN

UNITED STATES

vs.

ALEXANDER KAGANAS,

Defendant.

---

NOTICE AND MOTION TO CONTINUE

---

**COMES NOW** the Defendant, Alexander Kaganas(hereinafter referred to as "Mr. Kaganas"), by counsel, and moves this Honorable Court to continue the above-captioned matter.

In support of this motion, counsel states the following:

1. Mr. Kaganas is charged with one count of Simple Assault in violation of 49 U.S.C. section 46506(1) and 18 U.S.C. section 113(a)(5).

2. Mr. Kaganas's case is currently scheduled for first appearance on July 11, 2019 at 8:30 a.m..

3. Counsel has a scheduling conflict on July 11, 2019. Specifically, counsel is scheduled for a hearing in Weld County County Court which conflicts with the hearing in this matter.

4. Counsel seeks to resolve this scheduling conflict. Counsel also seeks more time to attempt to resolve this case as quickly as possible and minimize the need for multiple appearances.

5. Mr. Kaganas does not reside in Colorado. Mr. Kaganas will ensure he appears in court on July 11 if requied. However, he is currently scheduled to work on July 11. He is a medical doctor.

6. Counsel seeks to continue this hearing to August 8, 2019 at 10:00 am.

7. The United States does not object to this motion.

WHEREFORE, the Defendant, Alexander Kaganas, respectfully requests this Court grant his motion to continue the above-captioned case to August 8, 2019 at 10:00 a.m.

Respectfully Submitted,

_____/s/_____

Jacob Kartchner, Esq.
Law Offices of Jacob Kartchner, LLC
4 West Dry Creek Circle, Suite 100
Littleton, CO 80120
720-693-3147
jkartchner@jkartchnerlaw.com
Atty Reg. #: 50492

## CERTIFICATE OF SERVICE

      I, Jacob Kartchner, hereby certify that a true copy of the foregoing was served electronically or hand-delivered to the other party or its representative this 25th day of June, 2019.

Kelly Winslow, Esquire  
Assistant United States Attorney  
Attorney for the Government  
1801 California Street  
Suite 1600  
Denver, CO 80202  
via Electronic Delivery, ECF

                          By:_____/s/_____  
                                Jacob Kartchner