IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-po-07008-NRN

UNITED STATES

vs.

ALEXANDER KAGANAS,

Defendant.

---

### ORDER TO CONTINUE

---

CAME THIS DAY the Defendant, Alexander Kaganas, requesting entry of an order to continue the above-captioned matter to August 8, 2019 at 10:00 a.m.; and

IT APPEARING TO THE COURT that such order is appropriate; it is hereby

ORDERED that these matters be scheduled on August 8, 2019 at 10:00 am for pretrial conference.

ENTERED this _____ day of June, 2019.

_____
Magistrate Judge, United States District Court