IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-po-07008-NRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEXANDER KAGANAS,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

Upon review of Defendant's unopposed Notice and Motion to Continue (Dkt. #4) and for good cause shown, it is hereby ORDERED that Defendant's initial appearance scheduled for July 11, 2019 is CONTINUED to August 8, 2019 at 10:00 a.m.

Date: June 28, 2019