IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-po-07008-NRN

UNITED STATES OF AMERICA

vs.

ALEXANDER KAGANAS,

Defendant.

---

NOTICE AND MOTION FOR TELEPHONIC APPEARANCE

---

     **COMES NOW** the Defendant, Alexander Kaganas(hereinafter referred to as "Mr. Kaganas"), by counsel, and moves this Honorable Court to appear by telephone. In support of this motion, counsel states the following:

1. Mr. Kaganas is charged with one count of Simple Assault in violation of 49 U.S.C. section 46506(1) and 18 U.S.C. section 113(a)(5), a Petty Offense.

2. Mr. Kaganas's case is currently scheduled for appearance on October 10, 2019 at 10:00 a.m..

3. Mr. Kaganas does not reside in Colorado. Mr. Kaganas will ensure he appears in court on October 10 if required. However, he is currently scheduled to work on October 10. He is a medical doctor.

4. The United States does not object to this motion.

2

      WHEREFORE, the Defendant, Alexander Kaganas, respectfully requests this Court grant his motion and enter an order permitting his appearance by telephone on October 10, 2019 at 10:00 a.m.

Respectfully Submitted,

_____/s/_____
Jacob Kartchner, Esq.
Law Offices of Jacob Kartchner, LLC
4 West Dry Creek Circle, Suite 100
Littleton, CO 80120
720-693-3147
jkartchner@jkartchnerlaw.com
Atty Reg. #: 50492

## CERTIFICATE OF SERVICE

      I, Jacob Kartchner, hereby certify that a true copy of the foregoing was served electronically or hand-delivered to the other party or its representative this 25th day of September, 2019.

Kelly Winslow, Esquire  
Assistant United States Attorney  
Attorney for the Government  
1801 California Street  
Suite 1600  
Denver, CO 80202  
via Electronic Delivery, ECF

                                  By:     /s/  
                                        Jacob Kartchner