IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-po-07008-NRN

UNITED STATES OF AMERICA

vs.

ALEXANDER KAGANAS,

Defendant.

___

ORDER FOR APPEARANCE BY TELEPHONE

___

      CAME THIS DAY the Defendant, Alexander Kaganas, requesting entry of an order permitting the Defendant to appear by telephone in the above-captioned matter; and

      IT APPEARING TO THE COURT that such order is appropriate; it is hereby

      ORDERED that the Defendant be permitted to appear by telephone on October 10, 2019 at 10:00 a.m. for pretrial conference.

      ENTERED this _____ day of September, 2019.

_____
Magistrate Judge, United States District Court