IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-po-07008-NRN

UNITED STATES OF AMERICA

vs.

ALEXANDER KAGANAS,

Defendant.

---

ORDER FOR APPEARANCE BY TELEPHONE

---

    IT IS HEREBY ORDERED the Motion for Telephonic Appearance of Defendant, Alexander Kaganas (Dkt. #9) is GRANTED.

    Defendant is directed to call court chambers, 303-335-2403 on October 10, 2019 at 10:00 a.m. for the pretrial conference.

ENTERED this 25th day of September, 2019.

N. Reid Neureiter
United States District Court Magistrate Judge