IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-po-07008-NRN

UNITED STATES OF AMERICA

vs.

ALEXANDER KAGANAS,

Defendant.

MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the Defendant, Alexander Kaganas(hereinafter referred to as "Mr. Kaganas"), by counsel, and moves this Honorable Court for an Order granting this motion to withdraw as counsel.

In support of this motion, counsel states the following:

1. Mr. Kaganas is charged with one count of Simple Assault in violation of 49 U.S.C. section 46506(1) and 18 U.S.C. section 113(a)(5), a Petty Offense.

2. Mr. Kaganas's case is currently scheduled for a pretrial conference on October 10, 2019 at 10:00 a.m..

3. Pursuant to Colorado Rule of Professional Conduct 1.16(a)(3), and at Mr. Kaganas's request, undersigned counsel is filing this motion to withdraw as counsel because Mr. Kaganas has informed him he is discharging the Law Offices of Jacob Kartchner and has retained new counsel.

4. Counsel has spoken to the firm to enter their appearance in this case. Said firm stated they are speaking to the United States about the change of counsel. Mr. Kaganas has been informed of his appearance on October 10, 2019 at 10:00 a.m., though he understands this this date may be vacated. New counsel will further advise Mr. Kaganas.

5. Mr. Kaganas has been informed that he is personally responsible for complying with all court orders and time limitations established by applicable rules.

WHEREFORE, the Defendant, Alexander Kaganas, respectfully requests this Court grant counsel's motion to withdraw from the above-captioned case.

                Respectfully Submitted,

                _____/s/_____
                Jacob Kartchner, Esq.
                Law Offices of Jacob Kartchner, LLC
                4 West Dry Creek Circle, Suite 100
                Littleton, CO 80120
                720-693-3147
                jkartchner@jkartchnerlaw.com
                Atty Reg. #: 50492

## CERTIFICATE OF SERVICE

      I, Jacob Kartchner, hereby certify that a true copy of the foregoing was served electronically or hand-delivered to the other party or its representative this 25th day of October, 2019.

Kelly Winslow, Esquire  
Assistant United States Attorney  
Attorney for the Government  
1801 California Street  
Suite 1600  
Denver, CO 80202  
via Electronic Delivery, ECF

                                     By:      /s/  
                                             Jacob Kartchner