IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-PO-7008-NRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEXANDER KAGANAS,

Defendant.

---

### NOTICE OF APPEARANCE
---

Shanelle N. Kindel hereby enters her appearance as counsel for Defendant Alexander Kaganas.  Pursuant to D.C.COLO.L.AttnyR 5(a)(3)(C), undersigned counsel hereby certifies that she is a member in good standing of the bar of this court.

Respectfully submitted,

*s/ Shanelle N. Kindel*
**Shanelle N. Kindel**
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone:  (303) 629-9700
Facsimile:   (303) 629-9702
E-mail:  kindel@ridleylaw.com
**Attorney for Alexander Kaganas**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of October, 2019, I served a true and correct copy of the foregoing **NOTICE OF APPEARANCE** electronically with the clerk of the court via the CM/ECF system to all interested parties:

Kelly Winslow
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado  80202

                                             *s/ Kristin McKinley*
                                             Kristin McKinley