IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-po-07008-NRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEXANDER KAGANAS

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that the Motion to Withdraw as Counsel for Alexander Kaganas (Dkt. #11) filed by Jacob Kartchner is GRANTED. Jacob Kartchner shall be permitted to withdraw as counsel for Defendant. The Clerk of the Court is directed to remove Jacob Kartchner from electronic notification in this matter.

Date: October 10, 2019