IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-po-07008

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  ALEXANDER KAGANAS,

Defendant.

### NOTICE OF CHANGE OF ATTORNEY'S NAME AND EMAIL ADDRESS

PLEASE TAKE NOTICE that Assistant United States Attorney Kelly Rose Winslow, counsel for the United States of America, has filed this Notice of Change of Attorney's Name and Email Address.

Effective October 24, 2019, undersigned counsel has changed her name to Kelly Rose Churnet.  Undersigned counsel's email address has changed to Kelly.Churnet@usdoj.gov.  All other contact information remains the same.

Respectfully submitted,
JASON R. DUNN
United States Attorney

By:  s/Kelly R. Churnet
Kelly R. Churnet
Assistant U.S. Attorney
United States Attorney's Office 1801
California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Kelly.Churnet@usdoj.gov
Attorney for the Government

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      By: *s/Brenda L. Lozano*
      Brenda L. Lozano
      Legal Assistant