IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-PO-7008-NRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEXANDER KAGANAS,

Defendant.

---

**JOINT MOTION TO CONTINUE AND RESET ARRAIGNMENT**

---

Dr. Kaganas, through counsel Marci LaBranche and Shanelle Kindel, respectfully requests that the Court vacate the arraignment date set for November 14, 2019 and reset it to the Court's January petty docket setting.  As grounds:

1. Counsel entered on this case on October 9, 2019.  While counsel has had an opportunity to review discovery, counsel is waiting on documents they requested from third parties to present to the Government in mitigation in the hopes of reaching a resolution in this case.

2. Dr. Kaganas is on summons in this matter.  Further, Dr. Kaganas lives and works out of state.

3. Since Dr. Kaganas is charged with a Class B Misdemeanor, there are no speedy trial considerations in this case.

4. Counsel has conferred with AUSA Kelly Churnet, who joins in counsel's request.

    Respectfully submitted,

*s/ Shanelle N. Kindel*
**Shanelle N. Kindel**
**Marci G. LaBranche**
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone:  (303) 629-9700
Facsimile:   (303) 629-9702
E-mail:   kindel@ridleylaw.com
E-mail:   labranche@ridleylaw.com
**Attorneys for Alexander Kaganas**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of November, 2019, I served a true and correct copy of the foregoing **JOINT MOTION TO CONTINUE AND RESET ARRAIGNMENT** electronically with the clerk of the court via the CM/ECF system to all interested parties:

Kelly Churnet
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado  80202

                                                  *s/ Kristin McKinley*
                                                  Kristin McKinley