IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-po-07008-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXANDER KAGANAS,

    Defendant.

---

### MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 13, 2019**.

    For good cause shown, the Joint Motion to Continue and Reset Arraignment [filed November 13, 2019, ECF 17] is **granted.** The arraignment scheduled for November 14, 2019 is **vacated and rescheduled** to **January 9, 2020 at 10:00 a.m.** during the petty offense docket.