**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  19-PO-7008-NRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEXANDER KAGANAS,

Defendant.

---

**UNOPPOSED MOTION TO APPEAR BY PHONE**

---

Alexander Kaganas, through counsel, moves this Court to allow him to appear by telephone for his January 9, 2020 arraignment. As grounds:

1. Dr. Kaganas' case is currently scheduled for arraignment on January 9, 2020 at 10:00 a.m.

2. Despite the fact that Dr. Kaganas was charged in the District of Colorado, he resides out of state and practices medicine in Kearney, Nebraska. Given Dr. Kaganas' work schedule and the distance from Kearney to Denver, an in-person appearance on January 9, 2020 poses significant scheduling difficulty for him.

3. Prior to the filing of this motion, counsel contacted Assistant United States Attorney Kelly Churnet to ascertain her position regarding this request. Ms. Churnet has authorized counsel to represent that she does not oppose waiving Dr, Kaganas' physical appearance for the upcoming arraignment and instead, allowing him to appear by phone.

Accordingly, Dr. Kaganas respectfully requests that the Court allow him to appear via telephone for his arraignment on January 9, 2020.

Respectfully submitted,

*s/ Shanelle N. Kindel*
**Shanelle N. Kindel**
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone:  (303) 629-9700
Facsimile:   (303) 629-9702
E-mail:   kindel@ridleylaw.com
**Attorney for Dr. Alexander Kaganas**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of January, 2020, I served a true and correct copy of the foregoing **UNOPPOSED MOTION TO APPEAR BY PHONE** electronically with the clerk of the court via the CM/ECF system to all interested parties:

Kelly Churnet
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202

                                                *s/ Kristin McKinley*
                                                Kristin McKinley