# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-PO-7008-NRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEXANDER KAGANAS,

Defendant.

---

## ORDER REGARDING TELEPHONE APPEARANCE
---

    IT IS HEREBY ORDERED that Alexander Kaganas be permitted to appear by telephone at his arraignment on January 9, 2020.

    ENTERED this _____ day of January, 2020.

_____
Magistrate Judge, United States District Court