IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-po-07008-SKC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXANDER KAGANAS,

    Defendant.
_____

**NOTICE OF CHANGE OF ADDRESS**
_____

    Counsel for Alexander Kaganas hereby provides a notice of address change:

Marci G. LaBranche, #32160
Stimson Stancil LaBranche Hubbard, LLC
1652 Downing Street
Denver, CO 80218
720.689.8909
labranche@sslhlaw.com


Dated: January 13, 2020.

    Respectfully submitted,

*s/ Marci G. LaBranche*
Marci G. LaBranche
STIMSON STANCIL LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone: 720.689.8909
Email: labranche@ sslhlaw.com

*Attorney for Alexander Kaganas*

1

**Certificate of Service**

   I certify that on January 13, 2020, I electronically filed the foregoing *Notice of Address Change* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kelly Churnet
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
kelly.churnet@usdoj.gov

                *s/ Brenda Rodriguez*
                Brenda Rodriguez