IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-po-7008-SKC

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALEXANDER KAGANAS,
      Defendant.

## [PROPOSED] ORDER ON MOTION TO SUPPRESS STATEMENTS AND FOR AN EVIDENTIARY HEARING

This matter is before the Court on the Defendant's Motion to Suppress Statements and for an Evidentiary Hearing.

IT IS ORDERED that the Motion is GRANTED.

Dated this _____ day of _____, 2020.

                                                _____