IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-po-7008-SKC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALEXANDER KAGANAS,

        Defendant.

---

### NOTICE OF MAILING
---

        PLEASE TAKE NOTICE that an electronic flash drive device will be mailed via U.S. Mail to the Clerk of Court containing Exhibit A and Exhibit B of Defendant's Motion to Suppress Statements and for an Evidentiary Hearing, filed contemporaneously with this motion [Doc 25].

        Respectfully submitted this 16th day of March, 2020.

                              *s/ Marci G. LaBranche*
                              Marci G. LaBranche
                              Stimson Stancil LaBranche Hubbard, LLC
                              1652 Downing Street
                              Denver, Colorado  80218
                              Phone/Fax: 720-689-8909
                              Email: labranche@sslhlaw.com

                              *s/ Shanelle Kindel*
                              Shanelle Kindel
                              Ridley, McGreevy & Winocur, PC

2

>303 16th Street, Ste. 200
>Denver, CO 80202
>Phone: 303-629-9700
>Fax: 303-629-9702
>Email: kindel@ridleylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2020, a true and correct copy of the foregoing **NOTICE OF MAILING** was filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

>*s/ Holli Baker*