# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-po-7008-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    ALEXANDER VLADAMIR KAGANAS,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Dated this 18th day of March, 2020.

Respectfully submitted,

JASON R. DUNN
United States Attorney

*s/ Thomas Minser*

By:  THOMAS MINSER
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0203
Fax: 303-454-0406
E-mail: thomas.minser@usdoj.gov
Attorney for Government

CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of March 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                            *s/Jessie Miranda*
                                            Jessie Miranda
                                            Legal Assistant