## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No: 19-po-07008-SKC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ALEXANDER KAGANAS,

        Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL

---

To:     The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 5th day of May, 2020.

                                    JASON R. DUNN
                                    United States Attorney

By:    s/ *Andrea Surratt*
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: andrea.surratt@usdoj.gov

        Attorney for the Government

## CERTIFICATE OF SERVICE

I certify that on this 5th day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/Portia Peter*
Legal Assistant
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100