# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** **(For a Petty Offense)** — Short Form |
|---|---|
| v. | CASE NUMBER: 19-po-7008-SKC |
| ALEXANDER KAGANAS | Marci LaBranche (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 49 U.S.C. §46506(1) and 18 U.S.C. § 113(a)(5) | SIMPLE ASSAULT ON AN AIRCRAFT IN THE SPECIAL AIRCRAFT JURISDICTION OF THE UNITED STATES (1) | February 3, 2019 | 1 |

**ORDERED:** Defendant is sentenced to 3 months of unsupervised probation.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** | $10.00 | $1,000.00 | $30.00 |

**ORDERED:** All monetary amounts are due at the end of the 3 month unsupervised release period, or by December 11, 2020.

September 11, 2020
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

S. Kato Crews, U.S. Magistrate Judge
Name & Title of Judicial Officer

September 11, 2020
Date