```
COURTS/USDC-CO
901 19TH ST STE 105A
   DENVER, CO 80294
     (303) 335-2053
      3033352526

         SALE

MID: 000025547489
TID: 003            REF#: 00004936
Bank ID: 1396
Batch #: 262001     RRN: 200100001
09/18/20                  09:35:36
AVS: Z                    CVC: M
APPR CODE: 38640P
MASTERCARD          Manual CNP
************3914         **/**

AMOUNT              $10.00

         APPROVED

      CUSTOMER COPY
```

```
COURTS/USDC-CO
901 19TH ST STE 105A
   DENVER, CO 80294
     (303) 335-2053
      3033352526

         SALE

MID: 000025547489
TID: 003            REF#: 00004937
Bank ID: 1396
Batch #: 262001     RRN: 200100002
09/18/20                  09:40:25
AVS: Z                    CVC: M
APPR CODE: 70572P
MASTERCARD          Manual CNP
************3914         **/**

AMOUNT              $1,000.00

         APPROVED

      CUSTOMER COPY
```

```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX096458
Cashier ID: js
Transaction Date: 09/18/2020
Payer Name: Alexander Kaganas
---------------------------------
CRIMINAL DEBT
  For: Alexander Kaganas
  Case/Party: D-COX-1-19-PO-007008-001
  Amount:           $10.00
---------------------------------
CREDIT CARD
  Amt Tendered:     $10.00
---------------------------------
Total Due:          $10.00
Total Tendered:     $10.00
Change Amt:         $0.00

Assessment fee: 19-po-7008-SKC

A fee of $53.00 will be assessed on
any returned check.
```

```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX096459
Cashier ID: js
Transaction Date: 09/18/2020
Payer Name: Alexander Kaganas
---------------------------------
CRIMINAL DEBT
  For: Alexander Kaganas
  Case/Party: D-COX-1-19-PO-007008-001
  Amount:           $1,000.00
---------------------------------
CREDIT CARD
  Amt Tendered:     $1,000.00
---------------------------------
Total Due:          $1,000.00
Total Tendered:     $1,000.00
Change Amt:         $0.00

Fine for 19-po-7008-SKC

A fee of $53.00 will be assessed on
any returned check.
```