```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX036459
Cashier ID: js
Transaction Date: 09/18/2020
Payer Name: Alexander Kaganas

CRIMINAL DEBT
 For: Alexander Kaganas
 Case/Party: D-COX-1-19-PO-007008-001
 Amount:          $1,000.00

CREDIT CARD
 Amt Tendered:    $1,000.00

Total Due:        $1,000.00
Total Tendered:   $1,000.00
Change Amt:       $0.00

Fine for 19-po-7008-SKC

A fee of $53.00 will be assessed on
any returned check.
```

```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX036458
Cashier ID: js
Transaction Date: 09/18/2020
Payer Name: Alexander Kaganas

CRIMINAL DEBT
 For: Alexander Kaganas
 Case/Party: D-COX-1-19-PO-007008-001
 Amount:          $10.00

CREDIT CARD
 Amt Tendered:    $10.00

Total Due:        $10.00
Total Tendered:   $10.00
Change Amt:       $0.00

Assessment fee: 19-po-7008-SKC

A fee of $53.00 will be assessed on
any returned check.
```

```
      COURTS/USDC-CO
    901 19TH ST STE 105A
      DENVER, CO 80294
        (303) 335-2053
         3033352526

              SALE

MID: 000025547489
TID: 003          REF#: 00004936
Bank ID: 1396
Batch #: 262001   RRN: 200100001
09/18/20                09:35:36
AVS: Z                    CVC: M
APPR CODE: 38640P
MASTERCARD         Manual CNP
************3914              **/**

 AMOUNT              $10.00

            APPROVED

          CUSTOMER COPY
```

```
      COURTS/USDC-CO
    901 19TH ST STE 105A
      DENVER, CO 80294
        (303) 335-2053
         3033352526

              SALE

MID: 000025547489
TID: 003          REF#: 00004937
Bank ID: 1396
Batch #: 262001   RRN: 200100002
09/18/20                09:40:25
AVS: Z                    CVC: M
APPR CODE: 70572P
MASTERCARD         Manual CNP
************3914              **/**

 AMOUNT            $1,000.00

            APPROVED

          CUSTOMER COPY
```